UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**COREY RODRIGUES**

   Plaintiff,

v.                                       No. 4:22-cv-00607-P

**REGINALD ROY LOWE, ET AL.**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order dismissing all claims against Defendants Dakota Wayne Coston and Lewis Anthony Valasquez (ECF No. 31) entered on September 26, 2023:

It is **ORDERED** that all such claims are **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **26th day of September 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE