IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| COREY RODRIGUES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00607-P |
| | § | |
| TARRANT COUNTY [specifically] | § | |
| THE SHERIFF'S OFFICE OF | § | |
| TARRANT COUNTY, TEXAS, | § | |
| and REGINALD LOWE, and | § | |
| DAKOTA WAYNE COSTON, and | § | |
| LEWIS ANTHONY VELASQUEZ | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME Plaintiff Corey Rodrigues, Defendant Tarrant County (also referred to by Plaintiff as the Sheriff's Office of Tarrant County, Texas), and Defendant Reginald Lowe, who by and through their undersigned counsel of record, enter into this joint stipulation. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the terms of the parties' settlement agreement, the matters in issue in the above-entitled action have been resolved. Plaintiff Corey Rodrigues, Defendant Tarrant County, and Defendant Reginald Lowe hereby STIPULATE and AGREE that this action (including any and all claims that have been or could have been alleged by Plaintiff in the above-referenced action against Tarrant County, Texas, and any of its former, current or future elected or appointed officials, employees, representatives, agents, and contractors (such as medical or mental health care providers); Reginald Roy Lowe Sr.; Lewis Anthony

1

Velasquez; and Dakota Wayne Coston) shall be, and hereby is, DISMISSED WITH PREJUDICE, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

_____
ERNEST (SKIP) REYNOLDS, III
State Bar No. 16806300
LAW OFFICE OF ERNEST (SKIP) REYNOLDS III
201 Main Street, Suite 600
Fort Worth, Texas 76102-7423
(817)332-8850
(817)332-8851 fax
**ATTORNEY FOR PLAINTIFF**
**COREY RODRIGUES**

and

*/s/ James T. Jeffrey, Jr. (w/permission)*
JAMES T. JEFFREY, JR.
State Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817)261-3200
(817)275-5826 FAX
**ATTORNEY FOR DEFENDANT**
**REGINALD LOWE**

and

*/s/ M. Keith Ogle*
M. KEITH OGLE
State Bar No. 24037207
TARRANT COUNTY DISTRICT ATTORNEY'S OFFICE
401 W. Belknap, 9th Floor
Civil Division
Fort Worth, TX 76196
(817)884-1233
(817)884-1675 fax
**ATTORNEY FOR DEFENDANT**
**TARRANT COUNTY**

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby asserts that no service is necessary due to the foregoing being jointly prepared and filed. However, by virtue of filing this document, a copy is being electronically served on all counsel of record.


                                               */s/ M. Keith Ogle*
                                               M.KEITH OGLE